# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STANLEY JACKSON, | : | |
| Petitioner, | : | Civ. No. 17-5028 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 12, 2017, this Court administratively terminated this case as petitioner had not paid the filing fee nor had he submitted an application to proceed *in forma pauperis*. Petitioner submitted an *in forma pauperis* application on July 24, 2017, and the Court denied the application without prejudice as petitioner did not file the complete affidavit. Petitioner has submitted another application with the required affidavit and certified statement.

The certification and account statement submitted by Petitioner indicates the greatest amount on deposit in his prison account for the prior six months was $1038.59. Under the local rules, "[i]f the prison account of any petitioner or movant exceeds $200, the petitioner or movant shall not be considered eligible to proceed *in forma pauperis*." Local Civ. R. 81.2(c). Petitioner is therefore ineligible for *in forma pauperis* status and must pay the $5.00 filing fee before the petition can be filed.

Accordingly, IT IS this 13th day of September, 2017,

ORDERED that petitioner's application to proceed *in forma pauperis* is DENIED, Local Civ. R. 81,2(c); and it is further

ORDERED that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** the petition pending submission of the filing fee; and it is further

ORDERED that the Clerk shall serve this order on petitioner by regular U.S. mail.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge